Alan Harris (SBN 146079)
harrisa@harrisandruble.com
David Garrett (SBN 160274)
dgarrett@harrisandruble.com
Lin Zhan (SBN 317087)
lzhan@harrisandruble.com
HARRIS & RUBLE
655 North Central Avenue, 17th Floor
Glendale California 91203
Telephone: (323) 962-3777
Facsimile:  (323) 962-3004

Attorneys for Plaintiffs
FLETA GRAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETA GRAY,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ASCENA RETAIL GROUP, INC., et al.,<br><br>        Defendants. | **Case No.: 2:20-CV-01256 AB (JPR)**<br><br>[Assigned for all purposes to Hon. André Birotte Jr., Courtroom 7B]<br><br>**STIPULATION TO DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>State Complaint Filed:  November 7, 2019<br>Removed: February 12, 2020 |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiff FLETA GRAY ("Plaintiff") and Defendant ASCENA RETAIL GROUP, INC. and CATHERINE'S, INC. (collectively, "Defendants"), by and through their counsel of record, to the dismissal of the action, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), and each party to bear its own costs.

**SO STIPULATED.**

DATED: March 22, 2021                HARRIS & RUBLE

                                     By:  /s/ Alan Harris
                                          _____
                                          Alan Harris
                                          David Garrett
                                          Lin Zhan

                                          Attorney for Plaintiff
                                          FLETA GRAY

DATED: March 22, 2021                MORGAN, LEWIS & BOCKIUS LLP

                                     By:  /s/ Carrie Gonell
                                          _____
                                          Carrie Gonell
                                          David Rashe

                                          Attorney for Defendants
                                          ASCENA RETAIL GROUP, INC.
                                          CATHERINES, INC.

<u>Attestation Pursuant to L.R. 5-4.3.4</u>

    I, David Garrett, attest that Carrie Gonell, Attorney for Defendant, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: March 22, 2021                By: <u>*/s/ David Garrett*</u>